# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| . **FRANK SINGH**,<br><br>                    Plaintiff,<br><br>v.<br><br>**BIG LOTS STORES, INC.,** as an entity and doing business as "Big Lots Store #4098", **PNS STORES, INC.,** and DOES 1-50, Inclusive, | Case No.: **5:18-cv-01272-AB-SHK**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

   **IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  September 18, 2019

_____
The Honorable ANDRÉ BIROTTE JR.,
United States District Judge,
Central District of California